1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **CENTRAL DISTRICT OF CALIFORNIA**

10

11  GEORGE A. PILOLA,              )   NO. CV 11-06029 DOC (SS)
                                   )
12              Petitioner,        )   **ORDER ACCEPTING FINDINGS,**
                                   )
13         v.                      )   **CONCLUSIONS AND RECOMMENDATIONS OF**
                                   )
14  CONNIE GIPSON, Warden,         )   **UNITED STATES MAGISTRATE JUDGE**
                                   )
15              Respondent.        )
    ───────────────────────────────)
16

17

18        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition,

19  all the records and files herein, the Report and Recommendation of the

20  United States Magistrate Judge, and Petitioner's Objections.   After

21  having made a <u>de novo</u> determination of the portions of the Report and

22  Recommendation to which Objections were directed, the Court concurs with

23  and accepts the findings and conclusions of the Magistrate Judge.

24  \\

25  \\

26  \\

27  \\

28  \\

**IT IS ORDERED** that the Petition is denied and Judgment shall be entered dismissing this action with prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Petitioner at his address of record.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  March 6, 2012

David O. Carter
_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE