UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GEORGE A. PILOLA, | ) | NO. CV 11-06029 DOC (SS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| CONNIE GIPSON, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: March 6, 2012

_/s/ David O. Carter_
_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE