UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE A. PILOLA,<br><br>                Petitioner,<br><br>    v.<br><br>CONNIE GIPSON, Warden,<br><br>                Respondent. | Case No. 2:11-cv-06029-DOC (SHK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

      IT IS THEREFORE ORDERED that the First Amended Petition is **DENIED** and that Judgment be entered dismissing this action with prejudice.

Dated:   July 9, 2020

*David O. Carter*
_____
HONORABLE DAVID O. CARTER
United States District Judge