JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

GEORGE A. PILOLA,

                Petitioner,

      v.

CONNIE GIPSON, Warden,

                Respondent.

Case No. 2:11-cv-06029-DOC (SHK)

**JUDGMENT**

      Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

      IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

Dated:    July 9, 2020

_David O. Carter_

_____

HONORABLE DAVID O. CARTER
United States District Judge